PROB 12A
(SDIA 05/23)

# UNITED STATES DISTRICT COURT

### FOR THE

## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

---

**Name of Offender:** Cody Scott Sheese                                   **Case Number:** 3:19-cr-00034-002

**Name of Sentencing Judicial Officer:** Stephanie M. Rose, Chief U.S. District Judge

**Date of Original Sentence:** June 3, 2020

**Original Offense:**  21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846 – Conspiracy to Distribute at Least Five Grams of Actual Methamphetamine
21 U.S.C. § 841(a)(1), 841(b)(1)(C) – Distribution of a Mixture and Substance Containing Methamphetamine and Actual Methamphetamine
21 U.S.C. § 841(a)(1), 841(b)(1)(C) – Distribution of a Mixture and Substance Containing Methamphetamine and Actual Methamphetamine
21 U.S.C. § 841(a)(1), 841(b)(1)(B) – Distribution of Five Grams or More of Actual Methamphetamine

**Original Sentence:** 60 months imprisonment; 48 months supervised release

**Date Original Supervision Commenced:** May 28, 2024

**Date Current Supervision Commenced:** May 28, 2024

**All Prior Reports & Actions:** August 23, 2024 – Information Only Report

---

### PETITIONING THE COURT

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

**<u>Violations</u>**

1.  Use of Controlled Substance - Methamphetamine

    <u>Nature of Noncompliance</u>

    On January 29, 2025, Mr. Sheese reported to the Probation Office as directed. He admitted to the Probation Office that on January 25, 2025, he took a couple of hits of methamphetamine. He reported that he is struggling with grieving the loss of his father and a recent breakup. Mr. Sheese signed an admission of use form.

**<u>U.S. Probation Officer Action</u>:**

Mr. Sheese was verbally reprimanded for his use of methamphetamine by the Probation Office.  His current mental health state was discussed, and Mr. Sheese was directed to contact the Robert Young Center for a mental health evaluation. He was given a substance abuse journal to begin working on as he has already successfully complete substance use treatment.

U.S. v. Cody Scott Sheese (3:19-cr-00034-002)                    Report on Offender Under Supervision

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 3, 2025

by:   _Ashley Adams-Moon_
       Ashley M. Adams-Moon
       U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒   Does not object to the proposed action.

☐   Objects but does not request a formal hearing
     be set.

☐   Objects and will petition the Court requesting
     that a formal hearing be set.

Andrea L. Glasgow
_____
Assistant United States Attorney

_Andrea L. Glasgow_
_____
Signature

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐   Submit a request for modification of the condition
     or term of supervision.

☐   Submit a request for warrant or summons.
     be set.                                            _____
                                                        Signature of Judicial Officer

☐   Other: _____

                                                        _____
     _____                                Date