PROB 12A
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

---

**Name of Offender:** Cody Scott Sheese           **Case Number:** 3:19-cr-00034-002

**Name of Sentencing Judicial Officer:** Stephanie M. Rose, Chief U.S. District Judge

**Date of Original Sentence:** June 3, 2020

**Original Offense:** 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846 – Conspiracy to Distribute at Least Five Grams of Actual Methamphetamine
21 U.S.C. § 841(a)(1), 841(b)(1)(C) – Distribution of a Mixture and Substance Containing Methamphetamine and Actual Methamphetamine
21 U.S.C. § 841(a)(1), 841(b)(1)(C) – Distribution of a Mixture and Substance Containing Methamphetamine and Actual Methamphetamine
21 U.S.C. § 841(a)(1), 841(b)(1)(B) – Distribution of Five Grams or More of Actual Methamphetamine

**Original Sentence:** 60 months imprisonment; 48 months supervised release

**Date Original Supervision Commenced:** May 28, 2024

**Date Current Supervision Commenced:** May 28, 2024

**All Prior Reports & Actions:** August 23, 2024 – Information Only Report
February 4, 2025 – Information Only Report

---

### PETITIONING THE COURT

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

**Violations**

1. Use of Controlled Substance - Methamphetamine

Nature of Noncompliance

On February 24, 2025, Mr. Sheese reported to the Probation Office as directed. He admitted to the Probation Office that on or around February 16, 2025, he smoked approximately one-quarter of a gram of methamphetamine. Mr. Sheese signed an admission of use form.

**U.S. Probation Officer Action:**

Mr. Sheese was verbally reprimanded for his use of methamphetamine by the Probation Office. Mr. Sheese will be referred to participate in Moral Reconation Therapy (MRT) through the Davenport Work Release Center. He was directed to continue working through the substance abuse journal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 24, 2025

by: *Ashley Adams-Moon*
Ashley M. Adams-Moon
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Andrea L. Glasgow
_____
Assistant United States Attorney

*Andrea L. Glasgow*
_____
Signature

---

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

☐ Other: _____

_____
Signature of Judicial Officer

_____
Date