# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
Criminal No. 3:19-cr-00034-SMR-SBJ-2 : Clerk's Court Minutes – Initial Appearance

---

United States of America vs. Cody Scott Sheese

---

Gov. Atty(s): Brecklyn Carey for A. Glasgow : ☐ Indictment ☐ Superseding Indictment ☐ Information
Def. Atty(s): Abdel Reyes : ☐ Complaint ☑ Warrant ☐ Summons
Def. Appears: ☑ In Person ☐ Video Conference : Code Violation/Offense:
☐ All Parties Consent to Video Proceeding : Supervised Release Violation
Court Reporter: FTR Gold - 242 :
Interpreter: N/A :
☐ Interpreter Sworn

Date: March 26, 2025
Initial Appearance Start Time: 1:30 pm    Arraignment Start Time:    End Time: 1:36 pm

## Initial Appearance

☑ Advised of Rights : ☑ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No : ☐ Retained Counsel
☐ Rule 5 Admonition Given :

## Arraignment

Trial Scheduled for: : ☐ Advised of Charges/Maximum Penalties
Rule 16 Material due: : ☐ Indicted in True Name
Reciprocal Discovery due: :    True Name:
Pretrial Motions due: : ☐ Reading of Indictment Waived
Plea Notification Deadline: :    Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline: : ☐ Denied Forfeiture
Status/Scheduling Conference (Counsel Only): : ☐ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

☑ Government Moved for Detention :
☑ Defendant Waived Preliminary Examination : Detention Hearing Set:
☑ Defendant Waived Detention Hearing : Before:
Court Ordered Defendant: : Courthouse:    Room:
☐ Released on Bond : Revocation Hearing Set: April 16, 2025, at 9:00 am
☑ Detained : Before: The Honorable Stephanie M. Rose
   Courthouse: Davenport    Room: 120

/s/ Brian Phillips
Deputy Clerk