AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
9:31 am, Mar 18 2025

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  3:19-cr-00034-SMR-SBJ-2 |
| Cody Scott Sheese | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Cody Scott Sheese,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ☑ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Petition for Revocation of Supervised Release.

See Attachment.

Date:  03/18/2025

City and state:  Davenport, Iowa

WARRANT ISSUED
CHANDLOR G. COLLINS, Clerk
By: _Rachel Mifler_
DEPUTY CLERK

Chief U.S. District Judge Stephanie M. Rose
Printed name and title

### Return

This warrant was received on (date) 03/18/2025, and the person was arrested on (date) 03/25/2025
at (city and state) Davenport, IA.

Date: 03/25/2025

Arresting officer's signature

Chad Haszi, DUSM
Printed name and title