IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:19-cr-34 |
| | ) | |
| vs. | ) | APPEARANCE |
| | ) | |
| CODY SCOTT SHEESE, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters his appearance as counsel in this case for the

defendant Cody Scott Sheese.

DATED: March 28, 2025                    FEDERAL DEFENDER'S OFFICE
                                        CBI Bank & Trust Building
                                        101 W. 2nd Street, Suite 401
                                        Davenport, Iowa 52801-1815
                                        TELEPHONE:  (563) 322-8931
                                        TELEFAX:  (563) 383-0052
                                        EMAIL: abdel_reyes@fd.org


                                        By: /s/ *Abdel Reyes*
                                            **Abdel Reyes**
                                            Assistant Federal Defender
                                            ATTORNEY FOR DEFENDANT

cc:  Andrea Glasgow, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on March 28, 2025, I electronically
filed this document with the Clerk of Court using the
ECF system which will serve it on the appropriate parties.

_____ /s/ _____