IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 3:19-cr-34 |
| ) | |
| vs. ) | APPEARANCE |
| ) | |
| CODY SCOTT SHEESE, ) | |
| ) | |
| Defendant. ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters her appearance as co-counsel in this case for the defendant Cody Scott Sheese.

DATED: March 28, 2025

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE: (563) 322-8931
TELEFAX: (563) 383-0052
EMAIL: diane_zitzner@fd.org

By: /s/ *Diane Zitzner*
    **Diane Zitzner**
    Assistant Federal Defender
    ATTORNEY FOR DEFENDANT

cc: Andrea Glasgow, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on March 28, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/