IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 3:19-cr-34 |
| Plaintiff, ) | |
| ) | UNRESISTED |
| vs. ) | MOTION TO CONTINUE |
| ) | REVOCATION HEARING |
| CODY SCOTT SHEESE, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, the defendant, Cody Scott Scheese, and in support of his motion to continue the revocation hearing, states as follows:

1. On March 18, 2025, a petition to revoke the defendant's supervised release was filed. (Docket No. 100).

2. The revocation hearing is currently scheduled for May 20, 2025, at 2:00 p.m.

3. The government has indicated an intention to pursue federal charges related to the alleged conduct in the revocation petition.

4. Defendant requests a 60-day continuance of the revocation hearing, consistent with the Court's next availability, to consider the future charging decision in resolution of the revocation case.

5. Defense counsel has consulted with Mr. Sheese and the defendant is in agreement with this request.

6. Defense counsel has consulted with Assistant United States Attorney Andrea Glasgow, and she indicated the government does not object to this request.

WHEREFORE, the defendant respectfully requests a 60-day continuance of the revocation hearing currently scheduled for May 20, 2025, consistent with the Court's next availability.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE:  (563) 322-8931
TELEFAX:   (563) 383-0052
EMAIL: abdel_reyes@fd.org

By:  /s/ *Abdel Reyes*
     **Abdel Reyes**
     Assistant Federal Defender
     ATTORNEY FOR DEFENDANT

cc: Andrea Glasgow, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on May 13, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
    /s/     Natalie Gahan